# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS W. McMAHON,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-00043-SMS<br><br>ORDER EXPLAINING PROCEDURE FOR SERVICE BY U.S. MARSHAL<br><br>(Doc. 8) |

Plaintiff Nickolas W. McMahon has filed the declaration of his attorney, Jared T. Walker, reporting that the U.S. Marshal refused to service the summons and complaint in this case in compliance with the Instructions for Service of Social Security Appeals (Doc. 5-3) provided by the Clerk of Court.  Mr. Walker's declaration reports that he forwarded the completed copies of the documents directly to the U.S. Marshal's service rather than returning them to the Clerk of Court as directed by the Instructions.  Because of this error, the Court was unable to review the documents and issue its order directing service by the Marshal.

Accordingly, the Court hereby DIRECTS Plaintiff to resubmit his completed documents for service to the Clerk of Court as directed in Document 5-3. In the alternative, Plaintiff's attorney may elect to serve Defendant himself, as permitted by the order granting Plaintiff's request to proceed *in forma pauperis* (Doc. 4).

IT IS SO ORDERED.

    Dated:   **March 3, 2015**               **/s/ Sandra M. Snyder**
                                                               UNITED STATES MAGISTRATE JUDGE