BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS W. MCMAHON, | CIVIL NO. 1:15-cv-00043-SMS |
| Plaintiff, | **STIPULATION AND ORDER FOR COMMISSIONER'S FIRST EXTENSION OF TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Brief, until January 29, 2016. Defendant requires additional time as this case was recently transferred and the undersigned needs more time to respond. This is the Commissioner's first extension request.

Respectfully submitted,

Dated: December 28, 2015        BENJAMIN B. WAGNER
                                          United States Attorney

|   |   |   |
|---|---|---|
|   |   | DEBORAH STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By: | /s/ *Patrick William Snyder*<br>PATRICK WILLIAM SNYDER<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

Dated: December 28, 2015     By:     */s/ Jared Walker*
                                             JARED WALKER
                                             (as authorized via email on 12/28/15)
                                             Attorney at Law
                                             Attorney for Plaintiff

<u>ORDER</u>

IT IS SO ORDERED.

  Dated:   **December 29, 2015**          **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE